

FILED

JAN 1 : 2017

Clerk, U.S. District Court
District Of Montana
Billings

# IN UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA

**UNITED STATES OF AMERICA**

|  |  |
|---|---|
| **VS.** | **PETITION TO OBTAIN RECORDS** |
| **ANGELA CORSON SMITH (HANSON)** | **CR-13-49-BLG-SPW** |

**DOB:** 1980
**SSN:** -0293

Whereas the above-named defendant has been charged with committing the offense(s) of, Bank Fraud 18 U.S.C § 1344 and Wire Fraud 18 U.S.C § 1343, in United States District Court for the District of Montana, the Petitioner requests all records pertaining to the defendant, including, Internet use, IP addresses, registry user information, surveillance, and account information, be made available for the purpose of monitor compliance with Court ordered conditions.

Respectfully,

*[signature]*

U. S. Probation Officer

1-11-2017

Date

## ORDER

THE COURT HAVING CONSIDERED THE AFOREMENTIONED PETITION does hereby order this ___11th___ day of ___January, 2017___ the release of pertinent records held by: thebump.com; Target; and gofundme.com, to the United States Probation Office, for the purposes of monitoring compliance with Court ordered conditions.

*[signature]* Susan P. Watters

Honorable Susan P. Watters   1-11-2017
United States District Judge