

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANGELA CORSON SMITH,<br><br>Defendant. | CR 13-49-BLG-SPW<br><br>ORDER |

Before the Court is Defendant Angela Corson-Smith's Motion to Amend Judgment. (Doc. 113). Corson-Smith requests the Court amend the judgment and recommend that she be allowed to self-surrender to the facility designated by the U.S. Marshal's Service instead of surrendering to the U.S. Marshal Office. (*Id.*). The government objects to the motion. (*Id.* at 5).

Corson-Smith fails to point the Court to any statutory authority or case law that allows the Court to amend the judgment under these or similar circumstances, and the Court finds none.

Accordingly, Corson-Smith's motion (Doc. 113) is DENIED.

DATED this 31st day of May, 2017.

*Susan P. Watters*
SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE