

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. ANGELA CORSON SMITH, Defendant. | CR 13-49-BLG-SPW<br><br>ORDER |

Over the course of the last four days the Court has received several e-mails from the Defendant's father, Ross Corson, expressing his concern over the possibility of Defendant's mental health medications being confiscated when the Defendant surrenders as ordered to the U.S. Marshals and then to the Yellowstone County Detention Facility (YCDF) to begin serving her sentence. (Doc. 110) The Court also received an e-mail from Defendant's treating physician. Several of Defendant's medications should not be stopped suddenly. Mr. Corson is requesting the Defendant be allowed to self-surrender to the Bureau of Prisons (BOP) designated facility, rather than the U.S. Marshals for this reason.

For reasons that need no explanation, jails and prisons do not allow defendants to keep the medications they arrive with in their possession. Some medications are not approved for use in these facilities due to the fact they are easily abused and for other reasons. Medications are dispensed to inmates by the facility's staff.

Mr. Corson does not apparently realize that Defendant's medications will also be confiscated by the staff at the BOP facility when Defendant arrives. However, neither YCDF nor the BOP facility would purposely deny an inmate necessary prescribed mental health medications, so long as those medications were approved for use in the facility.

The Court is without legal authority to amend the judgment ordering Defendant to surrender to the U.S. Marshal's here in Billings and then to YCDF. (Doc. 114). But, had these arguments been made to the Court for Defendant's self-surrender to the BOP facility at the sentencing hearing, the Court would have allowed Defendant to self-surrender to the BOP Facility.

IT IS HEREBY ORDERED that Defendant, Angela Corson Smith is allowed to self-surrender to the Federal Correctional Institution in Aliceville, Alabama (FCI Aliceville), 11070 Highway 14, Aliceville, AL 35442 for service of

her sentence by **Tuesday, June 13, 2017 at 11:00 a.m.**

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 7th day of June, 2017.

/s/ Susan P. Watters
SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE